■ CHARLES A. WOOD, Respondent, v. PAUL BIVONA, Appellant, et al., Defendant.— Motion to amend notice of appeal granted by consent. The proposed record shall be supplemented by including the papers used on the

motion for "reargument and reconsideration". Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.